Busch, Leesman & Roemer, for appellants. Stedman, Kesler & Dingle, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

R. E. Abbott and T. C. Irwin, trading as Abbott-Irwin Coal Company, appellees, v. O. H. Hanson, appellant. Gen. No. 28,053.

Suit for balance due on account of coal sold and delivered. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. Frank S. Righeimer, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Affirmed. Opinion filed May 28, 1923.

Hill, Melaniphy & Pedderson, for appellant. Philip J. Maguire, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

---

Peter Immordino, appellee, v. Chicago Railways Company et al., operating as Chicago Surface Lines, appellants. Gen. No. 26,063.

Action on the case for personal injuries by collision between street car and plaintiff's automobile. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Reversed with finding of fact. Opinion filed May 28, 1923.

Charles LeRoy Brown, for appellants; John R. Guilliams, John E. Kehoe and Frank L. Kriete, of counsel. Albert N. Powell and Charles C. Spencer, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Morris M. Gollin, appellee, v. Matteson & Conran, appellant. Gen. No. 28,069.

Claim for return by landlord of a deposit on contract for renting rooms, said contract having been rescinded by landlord. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. J. R. Prichard, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Affirmed. Opinion filed May 28, 1923.

Phillip D. Hoffman, for appellant. No appearance for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Templeton Lime Company, appellant, v. J. Garrett Fitzgerald (defendant), Madison & Kedzie State Bank, appellee. Gen. No. 28,087.

Action in garnishment on judgment summons for funds on deposit in bank. Interpleader claiming funds belong to third party interpleading. Judgment in favor of interpleador and against garnishor. Appeal from the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Affirmed. Opinion filed May 28, 1923.

Nels H. Olson and J. S. Dudley, for appellant. Reeve, Vinissky & Trainor, for appellee.

Mr. Justice Matchett delivered the opinion of the court.